EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 17 2005

at 2 o'clock and 45 min. P M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. CR 05 00105 HG |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [21 U.S.C. Sections 841(a)(1), 841(b)(1)(A) and 18 U.S.C. Section 922(g)(3)] |
| RENNE LUERA, also known as Ranae Luera, | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about December 22, 2004, in the District of Hawaii, Defendant RENNE LUERA, also known as Ranae Luera, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 190.4 grams, a Schedule II


SEALED
BY ORDER OF THE COURT

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A).

COUNT 2

The Grand Jury further charges that:

On or about December 22, 2004, in the District of Hawaii, Defendant RENNE LUERA, also known as Ranae Luera, then being an unlawful user of a controlled substance as defined in 21 U.S.C. Sec. 802, did knowingly possess in and affecting commerce a firearm, Fabrique National D'Armes de Guerre, 9 mm caliber, semi-automatic pistol bearing serial number 92031a, and nine live rounds of ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(3).

DATED: March 17, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Renne Luera
"Indictment"
Cr. No. CR05 00105 HG

2