AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT

— District of Hawaii —

SEALED
BY ORDER OF THE COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | Case Number: CR 05-00105HG |
| RENNE LUERA, aka Ranae Luera | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 9 2007

at 9 o'clock and 25 min. A M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST RENNE LUERA, aka Ranae Luera and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Count 1:     Possess with intent to distribute methamphetamine, a Schedule II controlled substance

Count 2:     Unlawful user of a controlled substance possess in and affecting commerce a firearm & ammunition

in violation of Title 21 United States Code, Section(s) 841(a)(1), 841(b)(1)(A) & 18 USC § 922(g)(3).

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *Signature of Issuing Officer/Deputy Clerk* | March 17, 2005 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL                          By: Kevin S. C. Chang, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ _____. | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest   6-5-05 | James Yun   lns | |